AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

HUBERTO MARTINEZ-MORILLON

V.

UNITED STATES OF AMERICA

FILED SEP 0 6 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   10CV832-GT

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

denying Petition to Vacate under 28 USC 2255.

| September 6, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

K. Ridgeway
(By) Deputy Clerk
ENTERED ON September 6, 2011

10CV832-GT